UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 04-0323-3 JCS |
| Plaintiff(s), | **ORDER FOR REIMBURSEMENT OF CJA FUNDS AS TO JENNY WONG** |
| v. | |
| JENNY WONG, | |
| Defendant(s). | |

Pursuant to the Stipulation and Order Re Reimbursement of CJA Funds (the "Stipulation") filed on April 25, 2006,

IT IS HEREBY ORDERED that Defendant Jenny Wong is ordered to immediately pay $30,715.75, to the United States District Court for purposes of reimbursement of the funds paid pursuant to the Criminal Justice Act, provided that this Order may be enforced only against real property in which the Defendant has an interest.

IT IS SO ORDERED.

Dated: January 10, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge