United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

       Plaintiff(s),

  v.

JENNY WONG,

       Defendant(s).

_____/

Case No.  CR 04-0323-3 JCS

**ORDER TO FILE UNDER SEAL SCOTT SUGARMAN'S LETTER DATED DECEMBER 25, 2006**

     IT IS HEREBY ORDERED that Scott Sugarman's letter, dated December 25, 2006, shall be filed UNDER SEAL.

     IT IS SO ORDERED.

Dated:  January 10, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge