**United States District Court**
For the Northern District of California

1
2
3
4              UNITED STATES DISTRICT COURT
5             NORTHERN DISTRICT OF CALIFORNIA
6
7   UNITED STATES OF AMERICA,          Case No.  CR 04-0323-3 JCS
8            Plaintiff(s),
                                       **SUPPLEMENTAL ORDER NO. 2 FOR**
9       v.                             **REIMBURSEMENT OF CJA FUNDS AS**
                                       **TO JENNY WONG**
10  JENNY WONG,
11           Defendant(s).
12  _____/
13          Pursuant to the Stipulation and Order Re Reimbursement of CJA Funds (the "Stipulation")
14  filed on April 25, 2006,
15          IT IS HEREBY ORDERED that Defendant Jenny Wong is ordered to immediately pay
16  $21,705.11, to the United States District Court for purposes of reimbursement of the funds paid
17  pursuant to the Criminal Justice Act, provided that this Order may be enforced only against real
18  property in which the Defendant has an interest.
19          IT IS SO ORDERED.
20
21  Dated:  March 21, 2007
22                                     _____
                                       JOSEPH C. SPERO
23                                     United States Magistrate Judge
24
25
26
27
28