**United States District Court**
For the Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7   UNITED STATES OF AMERICA,                    Case No.  CR 04-0323-3 JCS

8              Plaintiff(s),

                                                 **SUPPLEMENTAL ORDER NO. 3 FOR**
9        v.                                       **REIMBURSEMENT OF CJA FUNDS AS**
                                                  **TO JENNY WONG**
10  JENNY WONG,

11             Defendant(s).
                                            /
12

13        Pursuant to the Stipulation and Order Re Reimbursement of CJA Funds (the "Stipulation")

14  filed on April 25, 2006,

15        IT IS HEREBY ORDERED that Defendant Jenny Wong is ordered to immediately pay

16  $24,734.89 to the United States District Court for purposes of reimbursement of the funds paid

17  pursuant to the Criminal Justice Act, provided that this Order may be enforced only against real

18  property in which the Defendant has an interest.

19        IT IS SO ORDERED.

20

21  Dated:  May 17, 2007

22                                               JOSEPH C. SPERO
                                                 United States Magistrate Judge
23

24

25

26

27

28